IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                Chapter 7

GUILLERMO VALDES                      Case No. 11-22334-RAM

        Debtors.
_____/

### EX-PARTE MOTION TO WAIVE DEBTOR'S APPEARANCE AT 341 MEETING

**COME NOW,** Counsel for the Debtor, GUILLERMO VALDES and file this Ex-Parte Motion to Waive Debtor Appearance at 341 Meeting and in support thereof would state as follows:

1. Debtor filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in this Court on May 4, 2011.
2. The 341 Meeting of Creditors was scheduled for June 14, 2011 before Barry Mukamal, Trustee.
3. Trustee Barry Mukamal continued the 341 Meeting of Creditors for July 13, 2011 @ 1:30pm.
4. On May 25, 2011 the debtor died.
5. Counsel was unaware of the debtor's death until June 15, 2011.
6. Debtor's wife does not have sufficient knowledge about debtor's financial situation to appear on his behalf.
7. Pursuant to Federal Rule 1016 death or incompetency of the debtor shall not abate the liquidation of a chapter 7 case.

**WHEREFORE,** Counsel respectfully request that this Court grant this Ex-parte Motion to Waive Debtor Appearance at 341 Meeting.

## CERTIFICATE OF ADMISISON

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Ex-Parte Motion to Waive Debtors Appearance at the 341 Meeting of Creditors was cm/ecf to: Barry Mukamal, Trustee on this 23day of June 2011.

Robert Sanchez, Esq.
900 West 49 the Street, Suite 500
Hialeah, FL 33012
Tel. (305)-687-8008

By: */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161