

**ORDERED in the Southern District of Florida on July 09, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In Re:                                                  Chapter 7

GUILLERMO VALDES                          Case No. 11-22334-RAM

          Debtors.

_____/

### ORDER DENYING DEBTORS MOTION TO WAIVE
### DEBTOR'S APPEARANCE AT 341 MEETING

This matter came before the court on July 7, 2011 at 10:00am on Debtor's Motion to Waive Debtor's appearance at the 341 meeting of creditors.  The court having reviewed said motion, and being fully advised hereby:

1. Debtor's Motion to waive Debtor's appearance at 341 meeting is DENIED.

2.  Debtors non-filing spouse Nieves Valdes is authorized to appear and testify on behalf of the deceased debtor Guillermo Valdes.

### ###

Copies furnished to:
*Attorney Robert Sanchez, Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court*